**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONID KOVALCHUK, | No. 1:26-cv-00978 JLT FJS (HC) |
| Petitioner, | A-Number: 071-309-206 |
| v. | ORDER REQUIRING SUPPLEMENTAL DECLARATION RE LIKELIHOOD OF REMOVAL |
| N. MARTINEZ, et al., | |
| Respondents. | (Doc. 25) |

Leonid Kovalchuk is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 19, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition. (Doc. 25.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 25.) Over 10 days have passed, and no party has filed objections.

As the findings and recommendations correctly explain, on May 20, 2025, Petitioner, who has a lengthy and serious criminal history, including numerous recent arrests for violating a protective order, was arrested and detained by ICE on a final order of removal. (Doc. 24-1 at 10.) Petitioner has been in ICE custody since then, but Respondents have been unable to remove him. (Doc. 1 at 4; 24-1 at 10.) For example, on November 10, 2025, Petitioner was placed on a flight departing the United States to Kazakhstan but was refused entry into Kazakhstan. (*Id*.; Doc. 1 at

1

4.) As the findings and recommendations explain, absent evidence that removal is reasonably foreseeable, controlling Ninth Circuit authority, including *Tuan Thai v. Ashcroft*, 366 F.3d 790, 797 (9th Cir. 2004), appears to require Petitioner's release, albeit on appropriate conditions of supervision. Given Petitioner's serious criminal history and the passage of almost a month since Respondents' last substantive filing, the Court believes it is prudent to require an update on the status of Respondents' efforts to obtain travel documents or otherwise plan for Petitioner's removal.

Thus, **within 21 days of the date of this order**, Respondents shall provide a supplemental declaration detailing any additional relevant information bearing on the likelihood of Petitioner's removal in the foreseeable future.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

UNITED STATES DISTRICT JUDGE

2